FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 27 2026

KEVIN P. WEIMER, Clerk
By:
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN R. MURPHY

Criminal Indictment

No.  1:26-CR-229

THE GRAND JURY CHARGES THAT:

### Count One

On or about April 29, 2026, in the Northern District of Georgia, the defendant, STEPHEN R. MURPHY, did knowingly transport at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by cellular telephone and computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct, all in violation of Title 18, United States Code, Section 2252(a)(1).

### Count Two

On or about April 29, 2026, in the Northern District of Georgia, the defendant, STEPHEN R. MURPHY, did knowingly possess at least one digital storage device that contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said visual depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one minor who had not attained 12 years

of age, and (c) having been mailed and shipped and transported in and affecting interstate and foreign commerce, and having been produced using materials that had been mailed and so shipped and transported, by any means, including by cellular telephone and computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, STEPHEN R. MURPHY, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One and Two of this Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A ___TRUE___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
United States Attorney

PAUL R. JONES
 Assistant United States Attorney
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3