U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2026R00390)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.

**1:26-CR-229**

MAGISTRATE CASE NO.    1:26-MJ-00506

X Indictment                          Information                     X  Magistrate's Complaint
DATE: May 27, 2026                    DATE:                           DATE: April 29, 2025

UNITED STATES OF AMERICA
vs.
STEPHEN  R. MURPHY

GREATER OFFENSE CHARGED: X  Felony  Misdemeanor

## Defendant Information:

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    Yes    X No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    X Yes    No
Defendant is released on bond from:  NDGA  on May 5, 2026
Will the defendant require an interpreter?    Yes    X No

District Judge:
Magistrate Judge:

Attorney:  Paul R. Jones
Defense Attorney:  Jennie Elizabeth Goldstein and Lynsey Morris Brown