U.S. Department of Justice
United States Attorney

May 27, 2026
Date Submitted

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

STEPHEN R. MURPHY

Indictment/Information

# 1:26-CR-229

May 27, 2026
Date of Indictment

**FILED IN OPEN COURT**
**U.S.D.C. - Atlanta**

**REQUEST FOR ARRAIGNMENT – Defendant on Bond**

Issue Summons to:

MAY 27 2026

**KEVIN P. WEIMER, Clerk**
By:        Deputy Clerk

Stephen R. Murphy
(Name)
1251 Wright Lane S.E.
Atlanta, Georgia 30316
(Address)

ATTORNEYS FOR DEFENDANT
Jennie Elizabeth Goldstein
(Name)
1800 Peachtree St., NE
Ste. 300, Atlanta, Georgia 30309
(Address)
Lynsey Morris Barron
(Name)
1800 Peachtree St., NE
Ste. 300, Atlanta, Georgia 30309
(Address)

Other defendants previously arraigned (or now set for arr.)

Paul R. Jones
Assistant U.S. Attorney