AO 83 (12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

STEPHEN R. MURPHY (ON BOND)
C/O Jennie Goldstien & Lynsey Barron
1800 Peachtree St. NE, Suite 300
Atlanta, GA 30309

**SUMMONS IN A CRIMINAL CASE**

CASE NO.  1:26-CR-229

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | | |
|---|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**Room 2008**<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303-3309 | FILED IN CHAMBERS<br>U.S.D.C. Atlanta<br><br>MAY 2 8 2026<br><br>Kevin P. Weimer, Clerk<br>By:                Deputy Clerk |
| **BEFORE:** | Honorable Lawrence R. Sommerfeld<br>United States Magistrate Judge | |
| **DATE AND TIME:** | **June 17, 2026**<br>**10:30 a.m.** | |

To answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s)  2252(a)(1) and 2252(a)(4)(B)**

Brief description of the offense:  Transport Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; Knowingly Possess a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

AUSA: Paul Jones

Defendant: Jennie Goldstein & Lynsey Barron

May 28, 2026

KEVIN P. WEIMER
CLERK OF COURT

By:  _Amanda Zulkousky_
Deputy Clerk