## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

United States of America,        )

)

)

)    **No. 1:26-CR-00229**

Stephen R. Murphy,        )

)

Defendant.        )

## MOTION FOR EXTENSION OF TIME
## TO FILE PRETRIAL MOTIONS

Defendant Stephen Murphy moves to continue the pretrial motions deadline and pretrial conference in this case, currently scheduled for July 1 and 7, 2026, respectively, by an additional 60 days. In support, Mr. Murphy states as follows:

1. Mr. Murphy was charged on May 27, 2026 with possessing and transporting at least one visual depiction of a minor engaging in sexually explicit conduct. (Dkt. 10.) He is currently on bond.

2. The Government recently produced discovery in this case. The discovery includes extractions of electronic devices though, given the nature of the charges, that evidence cannot be made available to the defense. Undersigned counsel will have to schedule time to review not only the images at issue but also anything else on the devices that could be material

to the case. Further, on June 23, 2026, the government executed a search warrant at Mr. Murphy's home and seized four additional devices. Presumably, the government will be seeking warrants to search those devices, and they will be made available at some point in the future for defense review.

3. Undersigned counsel need additional time to review the discovery that has already been made available, and they anticipate that significant additional discovery will be made at some point in the future. It is therefore impossible for undersigned counsel to determine at this point which, if any, pretrial motions will be necessary.

4. Undersigned counsel also seek an extension so they can continue to discuss with the Government whether pretrial resolution will be possible, obviating the need for a pretrial conference.

5. The government does not oppose this Motion.

6. WHEREFORE, for the above and foregoing reasons, Mr. Murphy respectfully requests that the Court extend the pretrial motions deadline by and additional sixty (60) days. A proposed order is attached as <u>Exhibit A</u>.

Respectfully submitted this 26th day of June 2026.

By:/s/    *Lynsey M. Barron*
    Lynsey M. Barron,
      Ga. Bar No. 661005
    Email:  lynsey@barronward.com

/s/    *J. Beth Goldstein*
    J. Beth Goldstein,
      Ga. Bar No. 966983
    Email:  beth@barronward.com

BARRON WARD, LLC
1800 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309
Telephone (404) 857-2203

*Attorneys for Stephen Murphy*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I electronically filed the foregoing Motion for Extension of Time to File Pretrial Motions with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 26th day of June, 2026.

/s/ *J. Beth Goldstein*

By:  J. Beth Goldstein
    Ga. Bar No. 966983

*Attorney for Stephen Murphy*

4