# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:26-CR-229-SEG-JSA |
| | ) | |
| | ) | |
| Stephen Murphy, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

This matter is before the Court on Defendant's Motion for Extension of Time to File Pretrial Motions. (Dkt. _____.) For good cause shown, Defendant's motion is hereby GRANTED. Defendant shall have until _____, 2026 to file pretrial motions. The pretrial conference in this case is rescheduled for _____, 2026.

The delay between the original and rescheduled pretrial conference shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay is for good cause, serves the ends of justice, and prevents a miscarriage of justice. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) & (iv).

SO ORDERED, this _____ day of July, 2026.

_____

**HON. JUSTIN S. ANAND**
**UNITED STATES MAGISTRATE JUDGE**