**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **No. 1:26-CR-229-SEG-JSA** |
| | ) | |
| | ) | |
| Stephen Murphy, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion for Extension of Time to File Pretrial Motions. (Dkt. 17.) For good cause shown, Defendant's motion is hereby **GRANTED**. Defendant needs more time to review the discovery and the proposed plea agreement. Therefore, defendant shall have until **August 26, 2026** to file pretrial motions. The pretrial conference in this case is rescheduled for **August 28, 2026 at 10:30 a.m.**, via Zoom.

The delay between the original and rescheduled pretrial conference on August 29, 2026 shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay is for good cause, serves the ends of justice, and prevents a miscarriage of justice. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) & (iv).

SO ORDERED, this 26th day of June, 2026.

*Justin S. Anand*
HON. JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE