# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cr-00229-SEG-JSA
## USA v. Murphy
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 08/28/2026.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 10:51 A.M.
TIME IN COURT: 00:16
OFFICE LOCATION: Atlanta

TAPE NUMBER: Zoom
DEPUTY CLERK: B. Evans

| | |
|---|---|
| DEFENDANT(S): | [1]Stephen R. Murphy NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Stephen R. Murphy<br>Jennie Goldstein representing Stephen R. Murphy<br>Paul Jones representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[19]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#1-[20]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court held a pretrial conference to discuss the motions to suppress filed by the defendant. The Court ordered the Government to complete all Rule 16 discovery on or before September 11, 2026. Absent further order, any defense expert disclosures shall be due 30 days following the certification of the case as ready for trial. The Court has taken the pending motions under advisement and set an evidentiary hearing. |
| ADDL HEARING(S) SCHEDULED: | Evidentiary Hearing set for October 27, 2026 at 9:30 a.m. in Courtroom 1875; |