**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 126-CR-00229-SEG-JSA** |
| **Stephen R. Murphy** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT STEPHEN MURPHY'S MOTION FOR A MODIFICATION OF BOND CONDITIONS**

Defendant Stephen Murphy respectfully seeks consideration of his Motion for a Modification of Bond Conditions. In support, he states as follows:

1. Mr. Murphy was arrested on April 29, 2026 on a complaint (Dkt. 1) and made an Initial Appearance on August 30, 2026. On May 5, 2026, this Court granted a secured property bond in the amount of $100,000.00. (Dkt. 8).

2. Relevant to this Motion, Mr. Murphy is prohibited from accessing the Internet and using Internet-capable devices as part of his bond, but he is also required to seek employment.[1] (Dkt. 9).

---

[1] Mr. Murphy worked in the corporate office of Delta Airlines, but he was terminated because of this case.

3. Mr. Murphy has been actively seeking employment since early May. He has been offered a position with a pet boarding and day care facility[2] that will require him to use a computer at the reception desk to access work email, training resources, and a pet care software. Computer use would occur for short periods of time throughout Mr. Murphy's shift. The business has an IT department that monitors all computer usage. To accept this position and perform the required duties, Mr. Murphy will require a limited modification of his bond.

4. Accordingly, Mr. Murphy asks this Court to modify his bond conditions to allow him to use and access a computer while at work for the limited purposes of performing his job. Mr. Murphy's work schedule will be constantly communicated to his Probation Officer.

5. On August 31, 2026, undersigned counsel contacted the prosecutor to see whether the Government objects to this Motion but has not received a response. As a result, the Government's position is unknown.

For the reasons stated herein, Mr. Murphy respectfully requests that this Court modify his bond conditions to allow him to access a computer and the Internet for employment-related purposes only. A proposed order is attached as Exhibit A.

---

[2] Mr. Murphy can provide the name and location of this facility upon request but did not want to identify the company in this filing due to the nature of the charges in this case. The company is known to Mr. Murphy's Probation Officer.

Respectfully submitted this 3rd day of September, 2026.

By: /s/ ***Lynsey M. Barron***
Lynsey M. Barron,
Ga. Bar No. 661005
Email: lynsey@barronward.com

/s/ ***J. Beth Goldstein***
J. Beth Goldstein,
Ga. Bar No. 966983
Email: beth@barronward.com

BARRON WARD LLC
1800 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309
Telephone (404) 857-2203

*Attorneys for Stephen Murphy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date I electronically filed the foregoing Motion for a Modification of Bond Conditions using CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 3rd day of September, 2026.

/s/***Lynsey M. Barron***
By: Lynsey M. Barron
Ga. Bar No. 661005

***Attorney for Stephen Murphy***