**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:26-CR-00229-SEG-JSA |
| Stephen R. Murphy, | ) | |
| | ) | |
| Defendant. | ) | |

**(PROPOSED) ORDER**

Defendant Stephen Murphy was released on a bond subject to conditions set in this case. Pending before the Court is the Defendant's motion for modification of bond conditions. (Dkt. ____.)

After consideration, **IT IS ORDERED** that the motion is **GRANTED**. The Defendant's bond is hereby modified to amend the special condition regarding Internet and computer use. The Defendant may access a work computer and the Internet for work-related purposes only while physically onsite at his place of employment. Specifically, the Defendant may use the computer at the reception desk to access work email, access training materials, and access pet care software. All other prohibitions on Internet and computer access remain in place.

SO ORDERED, this _____ day of September, 2026.

______________________________

HON. JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE