AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 09 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

## Northern District of Georgia

United States of America
v.

Stephen R. Murphy
*Defendant*

Case No.: 1:26CR00229 SEG

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☒ Violation Notice ☐ Order of Court

| | | | |
|---|---|---|---|
| Place: | Richard B. Russell Federal Building and Courthouse<br>75 Ted Turner Drive<br>Atlanta, Georgia 30303 | Courtroom No.: | 2008 |
| | | Date and Time: | 10/26/2026 at 10:30 a.m. |

This offense is briefly described as follows: Using/Possessing a computer, smartphone, or any other internet capable device and accessing the internet.

Date: 10/08/2026

Lawrence R. Sommerfeld
*Issuing officer's signature*

The Honorable Lawrence R. Sommerfeld
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 10/9/26

J. Michelle Robinson
*Server's signature*

Michelle Robinson - Sr. USPO
*Printed name and title*