BARRON WARD LLC

Lynsey M. Barron
lynsey@barronward.com
Direct Dial: 404-857-2282

October 20, 2026

**VIA CM/ECF**

Courtroom Deputies
U.S. District Court for the Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

**Re: Leaves of Absence in the Following Cases:**

- United States v. Marcello Banes, 1:24-cr-195-LMM-LRS
- United States v. Leticia Dunn, 1:23-cr-229-JPB-RDC
- United States v. Jason Houston, 1:24-cr-165-MHC-LRS
- United States v. Berk Jackson, 1:23-cr-280-JPB-JSA
- LaQuana Alexander v. Patrick Labat, 1:24-cv-3205-WMR
- United States v. Mariana Leon Marmol, 1:25-cr-339-LMM
- United States v. Stephen Murphy, 1:26-cr-229-SEG-JSA
- United States v. Rise Robinson, 1:25-cr-225-ELR-RGV
- United States v. Darian Sheppard, 1:25-cr-83-SEG-JKL

Dear Courtroom Deputies,

This letter is to notify the Court, pursuant to L.Cr.R. 57E(4), that I will be out of the office on the following dates and respectfully request that the Court not schedule any in-court hearings, trials, or other proceedings that require my appearance on those dates:

January 4, 2027 - January 8, 2027 (intensive one-week seminary course)
February 16, 2027 – February 26, 2027 (trial in Dekalb County, GA)
June 21, 2027 – July 5, 2027 (vacation)

Thank you for considering this request.

Sincerely,

***s/ Lynsey M. Barron***

Lynsey M. Barron

cc: All counsel of record for the above cases via CM/ECF