# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cr-00229-SEG-JSA**
**USA v. Murphy**
**Honorable Lawrence R. Sommerfeld**

Minute Sheet for proceedings held In Open Court on 10/26/2026.

TIME COURT COMMENCED: 10:56 A.M.
TIME COURT CONCLUDED: 12:04 P.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Atlanta

TAPE NUMBER: FTR
DEPUTY CLERK: Maria Gonzalez

| | |
|---|---|
| DEFENDANT(S): | [1]Stephen R. Murphy Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Stephen R. Murphy<br>Jennie Goldstein representing Stephen R. Murphy<br>Paul Jones representing USA |
| PROCEEDING CATEGORY: | Bond Revocation Hearing; |
| MOTIONS RULED ON: | DFT#1-[22]Motion to Modify Conditions of Release GRANTED |
| MINUTE TEXT: | The Court held a hearing regarding alleged violations of the Defendant's conditions of release. The Defendant admitted in part and denied in part allegations. The Government did not seek detention but requested modifications to the Defendant's bond conditions. The Court granted the Governments oral motion to modify the conditions of release and specified the revised conditions, directing the Government to file a motion that contains the revised conditions after conferring with defense counsel. A separate order modifying the bond conditions will follow. The Government withdrew its opposition to Defendants motion to modify bond conditions [22]. The probation office also did not oppose the Defendants motion. The Court therefore GRANTED the Defendant's unopposed motion to Modify Conditions [22]. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |