IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>STEPHEN MURPHY | Criminal Action No.<br>1:26CR-229-SEG-JSA |

**Unopposed Motion to Continue the Evidentiary Hearing**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Paul R. Jones, Assistant United States Attorney for the Northern District of Georgia, files this Unopposed Motion to Continue the Evidentiary Hearing.

The Defendant, Stephen Murphy, has been charged in an indictment with one count of transporting at least one visual depiction of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(1), and one count of possessing at least one visual depiction of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B). (Doc. 10.) The Defendant has filed a Motion to Suppress Evidence Derived from Border Search and a Motion to Suppress Evidence Derived from Execution of Search Warrant at Defendant's Home. (Docs. 18 and 19.) This Court scheduled an evidentiary hearing for October 27, 2026. (Doc. 21.)

The parties have discussed the case, and defense counsel has learned that the investigation is ongoing. The additional investigation has the potential to

produce evidence that the Defendant would seek to suppress. Accordingly, in the interest of judicial economy, it would make sense to defer the evidentiary hearing to a later date where the Court could hear not only those motions already filed but additional motions based on newly obtained evidence.

The Government further requests that the delay between the granting of this Motion and the rescheduled hearing be excluded from the Speedy Trial Act calculations because the ends of justice served by delaying the hearing outweigh the best interests of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Defense counsel has been contacted and does not object to the filing of this Motion.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617
Paul. Jones@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Lynsey M. Barron, Esq.

J. Beth Goldstein, Esq.

October 27, 2026

/s/ PAUL R. JONES

PAUL R. JONES

*Assistant United States Attorney*