IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>STEPHEN MURPHY | Criminal Action No.<br>1:26-CR-229-SEG-JSA |

**ORDER**

Having considered the Unopposed Motion to Continue the Evidentiary Hearing, and finding good cause to grant the Motion, it is Ordered that the Evidentiary Hearing is continued to _______________, 2026, at ________ __.m.

It is further ORDERED that time between the granting of the Motion and the rescheduled hearing be excluded from the Speedy Trial Act calculations because the ends of justice served by delaying the hearing outweigh the best interests of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161.

SO ORDERED this __________ day of OCTOBER, 2026.

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Prepared by
Paul R. Jones, Assistant United States Attorney
(404) 581-6270