# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cr-00229-SEG-JSA**
**USA v. Murphy**
**Honorable Justin S. Anand**

Corrected Minute Sheet for proceedings held In Open Court on 11/04/2026.

TIME COURT COMMENCED: 10:01 A.M.
TIME COURT CONCLUDED: 10:23 A.M.
TIME IN COURT: 00:22
OFFICE LOCATION: Atlanta

TAPE NUMBER: Zoom
DEPUTY CLERK: B. Evans

| | |
|---|---|
| DEFENDANT(S): | [1]Stephen R. Murphy NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Lynsey Barron representing Stephen R. Murphy<br>Jennie Goldstein representing Stephen R. Murphy<br>Paul Jones representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Oral Argument Hearing); |
| MOTIONS RULED ON: | DFT#1-[30]Motion to Continue GRANTED |
| MINUTE TEXT: | The Court held a status conference with counsel regarding the pending motion to continue. After hearing arguments from both sides, the Court granted the motion and rescheduled the evidentiary hearing. |
| ADDL HEARING(S) SCHEDULED: | Evidentiary Hearing set for January 12, 2027 at 10:00 a.m. in Courtroom 1875; |