IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>STEPHEN R. MURPHY | Criminal Action No.<br>1:26-CR-229 |

**Unopposed Motion to Modify Conditions of Release**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Paul R. Jones, Assistant United States Attorney for the Northern District of Georgia, files this Unopposed Motion to Modify Conditions of Release.

The Defendant, Stephen R. Murphy, has been charged with one count of transporting at least one visual depiction of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(1), and one count of possessing at least one visual depiction of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B). Following the Defendant's arrest, the Court released him subject to certain conditions. (Doc. 9.)

The Government moves the Court to modify the Defendant's Conditions of Release to include the following:

- The Defendant is not allowed to have any access to the internet in his residence. Other individuals visiting the home are not prohibited from using data on their devices to access the internet; however, the Defendant may not access the internet in the residence in any capacity.

- The Defendant is not allowed to have access to any electronic device that can access the internet.
- The Defendant is allowed internet access at his place of employment only to the extent that he needs it to perform his duties.
- The Defendant consents to allow his Pretrial Services Officer to search his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office with or without reasonable suspicion that the Defendant has violated a condition of supervision. The Defendant shall warn other occupants that the premises may be subject to searches pursuant to this condition.

Defense counsel has been contacted and does not oppose this Motion.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617
Paul.Jones@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Lynsey Barron, Esq.

J. Beth Goldstein, Esq.

November 10, 2026

/s/ PAUL R. JONES
PAUL R. JONES
*Assistant United States Attorney*