IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>STEPHEN R. MURPHY | Criminal Action No.<br>1:26-CR-229 |

**ORDER**

Having considered the Government's Unopposed Motion to Modify Conditions of Release, and finding good cause therein, the Motion is granted and it is ORDERED that the Defendant's Conditions of Release will be modified to include the following conditions:

1. The Defendant is not allowed to have any access to the internet in his residence. Other individuals visiting the home are not prohibited from using data on their devices to access the internet; however, the Defendant may not access the internet in the residence in any capacity.
2. The Defendant is not allowed to have access to any electronic device that can access the internet.
3. The Defendant is allowed internet access at his place of employment only to the extent that he needs it to perform his duties.
4. The Defendant consents to allow his Pretrial Services Officer to search his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage

devices or media, or office with or without reasonable suspicion that the Defendant has violated a condition of supervision. The Defendant shall warn other occupants that the premises may be subject to searches pursuant to this condition.

SO ORDERED this _________ day of NOVEMBER, 2026 .

________________________________________

LAWRENCE R. SOMMERFELD
UNITED STATES MAGISTRATE JUDGE

Prepared by
Paul Jones, Assistant United States Attorney
(404) 581-6270